**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **SHERRY L. BUCKLEY** | ) | **Case No. 10-11912-SSM** |
| **Aka/SHERRIE L. BUCKLEY** | ) | **Chapter 7** |
| Debtor | ) | |
| | ) | |
| **SHERRY L. BUCKLEY** | ) | |
| Movant | ) | |
| **v.** | ) | |
| **MIDLAND FUNDING LLC** | ) | |
| Respondent | ) | |

### ORDER AVOIDING JUDICIAL LIEN

1. **AND NOW**, this _____ day of July 2010, upon the Debtors' motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

2. It is hereby **ORDERED AND DECREED** that the judicial lien held by Midland Funding LLC, in and on Debtor's residential real estate at 503 Wind Ridge Drive, Stafford, Virginia 22554, (Lot 95, Section 2, Potomac Hills, Parcel ID: 21E 2 95) entered of record on July 1, 2009 at JD090003225 – be and hereby is canceled.

3. [Deleted by court]

//

//


Date: _____                    _____

                                                                               U.S. Bankruptcy Judge

                                                                               Entered on Docket:_____

I ask for this:

/s/ Wesley D Wornom
Wesley D. Wornom, Esquire
1259 Courthouse Road, Suite 203-A
Stafford, Virginia 22554
Virginia State Bar No. 39758
Phone:  540-659-1958
Fax:     540-720-5365
Counsel for Debtor

(540) 720-5365 Fax
weswornom@yahoo.com email
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2010, a true copy of the foregoing Order was transmitted, via first class mail to:

Sherry L. Buckley
503 Wind Ridge Drive
Stafford, Virginia 22554
Debtor

Midland Credit Management
Midland Funding LLC
8875 Aero Drive, Suite 200
San Diego, California 92123
Respondent

Gordon P. Peyton
Redmon, Peyton & Braswell
510 King Street., Suite301
Alexandria, Virginia 22314
Trustee

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, Virginia 22314

/s/Wesley D Wornom

_____

Wesley D. Wornom